COBY HOWELL, Senior Trial Attorney
DEVON L. FLANAGAN, Trial Attorney
U.S. Department of Justice
c/o U.S. Attorney's Office
1000 SW Third Avenue
Portland, Oregon 97204-2902
Tel: (503) 727-1023 | Fax: (503) 727-1117
Email: Coby.Howell@usdoj.gov
[Additional counsel listed on signature page]

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES,<br><br>    Plaintiff,<br><br>    vs.<br><br>BRENDA BURMAN, Commissioner of the U.S. Bureau of Reclamation, DAVID BERNHARDT, Secretary of the U.S. Department of Interior,<br><br>    Defendants. | 4:20-CV-00022-KLD<br><br>JOINT MOTION TO STAY BRIEFING ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS |

Plaintiff and Federal Defendants jointly move for a stay of proceedings on Plaintiff's motion for attorneys' fees and costs for the following reasons:

1. On October 30, 2020, this Court granted Federal Defendants' motion to dismiss and dismissed Plaintiff's case with prejudice. ECF No. 30.

2. On November 13, 2020, Plaintiff moved for attorneys' fees and costs. ECF No. 31. Federal Defendants reserved their position on the motion so they could

1

review the claim and arguments.  *Id.*  Federal Defendants' response to this motion is due on November 27, 2020.

3.      Without taking a position on the merits of Plaintiff's motion, Plaintiff and Federal Defendants (the "Parties") would like an opportunity to discuss this motion with their clients and with one another prior to further briefing.

4.      Accordingly, the Parties seek a 45-day stay of proceedings from the response deadline.

5.      If this motion is granted, the Parties will file a status report with the Court on or before January 11, 2021, as to further proceedings.  A proposed order is attached.

| | |
|---|---|
| Dated: November 18, 2020 | JEAN E. WILLIAMS<br>Deputy Assistant Attorney General<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>SETH M. BARSKY, Section Chief<br>S. JAY GOVINDAN, Assistant Section Chief<br>DEVON LEA FLANAGAN, Trial Attorney<br>(D.C. Bar No. 1022195)<br><br>*/s/ Coby Howell*<br>COBY HOWELL, Senior Trial Attorney<br>Wildlife & Marine Resources Section<br>Ben Franklin Station<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Tel: 202-305-0201/ Fax: 202-305-0275<br>Email: devon.flanagan@usdoj.gov |

Of Counsel:
Bryan Wilson
Attorney-Advisor, Office of the Field Solicitor
U.S. Department of the Interior

*Attorneys for Federal Defendants*

*With permission: /s/*
Rebecca K. Smith, Attorney at Law
Public Interest Defense Center, P.C.
PO Box 7584
Missoula, MT 59807
Tel: (406) 531-8133
Fax: (406) 830-3085

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing is filed with the Clerk of the Court using the CM/ECF system which will cause a copy to be served upon counsel of record.

*/s/Coby Howell*

*Attorney for Federal Defendants*