IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES,<br><br>      Plaintiff,<br><br>  vs.<br><br>BRENDA BURMAN, Commissioner of the U.S. Bureau of Reclamation, DAVID BERNHARDT, Secretary of the U.S. Department of Interior,<br><br>      Defendants. | 20-CV-22-KLD<br><br><br>ORDER |

This matter comes before the Court on the Parties' Joint Motion to Stay Briefing on Plaintiff's Motion for Attorneys' Fees and Costs. (Doc 31). Accordingly, and good cause appearing,

IT IS ORDERED that the motion is GRANTED. It is further ORDERED that the Parties will file a status report on or before January 11, 2021, as to further proceedings on Plaintiff's motion.

DATED this 19th day of November, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge